# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Christopher Iosello

                                            Plaintiff,

v.                                                                                           Case No.: 1:14–cv–06118
                                                                                       Honorable John Z. Lee

Caribbean Cruise Line, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 23, 2014:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 9/23/14. For the reasons stated on the record, this case is stayed and placed on the Court's suspended trial calendar.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.